**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


To: Chris Daniel                                               February 11, 2015

**County: Harris (Criminal)**

**Subject: RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-13-00900-CR | Kendrick Earl Jacobs v The State of Texas | 1289471 |
|---|---|---|
|  | State's Exhibit 38, a CD |  |


Received by: _____


Received on: _____